IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIAN ROBINSON | : | CIVIL ACTION |
| | : | NO. 08-4561 |
| v. | : | |
| | : | |
| DARBY BOROUGH AND | : | |
| DARBY POLICE DEPARTMENT | : | |

## ORDER

AND NOW, this 13th day of April 2010, after consideration of defendants' motion to dismiss and plaintiff's response thereto, it is hereby ORDERED that the defendants' motion is GRANTED and the complaint against Darby Borough and Darby Police Department is DISMISSED.

     /s/ Thomas N. O'Neill, Jr.
     THOMAS N. O'NEILL, JR., J.